ACCEPTED
01-15-00480-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/4/2015 8:42:59 AM
CHRISTOPHER PRINE
CLERK



# THE HALL LAW FIRM

530 Lovett Boulevard • Houston, Texas 77006
Telephone: (713) 942-9600 • Facsimile: (713) 942-9566

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/4/2015 8:42:59 AM

CHRISTOPHER A. PRINE
Clerk

Benjamin L. Hall, III, Ph.D., J.D.
    Board Certified Personal Injury Trial Law
    Board Certified Civil Trial Law
    Texas Board of Legal Specialization

December 4, 2015

***Via eFILE***
Hon. Christopher E. Prine
Clerk of the Court
First Court of Appeals
301 Fannin, Room 208
Houston, TX 77002

    Re: Case No. 01-15-00480-CV; *Metropolitan Theatre, LLC v. YES Prep Public Schools, Inc.*; On Appeal from Cause No. 2015-24030 in the 334th Judicial District Court of Harris County, Texas

Dear Mr. Prine,

    The purpose of this letter, on behalf of Appellant Metropolitan Theatre, LLC ("Metropolitan"), is to respond to the letter brief filed on December 2, 2015, in the above referenced appeal by Appellee YES Prep Public Schools, Inc. ("YES Prep").

    After reviewing YES Prep's letter brief and the opinions cited therein, Metropolitan concedes that the cases it cited in support of its first reply point in its Reply Brief involving waiver were indeed disapproved by the Texas Supreme Court in *Rusk State Hosp. v. Black*, 392 S.W.3d 88 (Tex. 2012). Metropolitan thus formally withdraws its waiver argument under Reply Point 1 in its Reply Brief. Counsel for Metropolitan further wishes to apologize to this Court, and to YES Prep's counsel, for his error in failing to discover *Black's* disapproval of the cases cited under that reply point.

    Metropolitan nevertheless stands by its argument and authorities under Reply Point 2 in its Reply Brief.

                Respectfully submitted,

                s/ *William L. Van Fleet*
                William L. Van Fleet II

CC: Cameron P. Pope, Esq.